■ In the Matter of JONATHAN MCALLISTER, Petitioner, v SUPERINTENDENT ADAMIK, Respondent. [845 NYS2d 211]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Orleans County [James P. Punch, A.J.], entered October 10, 2006) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Centra, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEISA M. ANDERSEN, Appellant. [845 NYS2d 210]—Appeal from a judgment of the Livingston County Court (Gail A. Donofrio, A.J.), rendered June 15, 2006. The judgment convicted defendant, upon a jury verdict, of felony driving while intoxicated (two counts) and possession of alcoholic beverage in a motor vehicle.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Martoche, J.P., Centra, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HIGH, Appellant. [844 NYS2d 750]—Appeal from a judgment of the Monroe County Court (Donald J. Mark, J.), rendered September 26, 2002. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on September 25, 2007 and by the attorneys for the parties on September 20 and October 10, 2007,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed upon stipulation. Present—Martoche, J.P., Centra, Peradotto, Green and Pine, JJ.